Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiffs,*
JEFFERY R. WERNER and
BRIAN R. WOLFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE FEATURES, INC.; JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>Plaintiffs,<br><br>v.<br><br>BACKCHINA, LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-cv-00943<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs JEFFERY R. WERNER and BRIAN R. WOLFF for their complaint against Defendant BACKCHINA, LLC; and DOES 1 through 10 inclusive, alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over Defendant because

1

Defendant's acts of infringement complained of herein occurred in the state of California, Defendant's acts of infringement were directed towards the state of California, and Defendants caused injury to Plaintiffs within the state of California.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5. Plaintiff Incredible Features, Inc. ("Incredible Features") is a California corporation with a place of business in Los Angeles, California.

6. Plaintiff Jeffery R. Werner ("Werner") is an individual and professional photographer residing in Los Angeles, California.

7. Plaintiff Brian R. Wolff ("Wolff") is an individual and professional photographer residing in Yardley, Pennsylvania.

8. Defendant BackChina, LLC ("Defendant") is a corporation duly organized and existing under the laws of the State of Texas, with a place of business at 11200 Broadway Ste. 2743, Pearland, TX 77584.

9. Plaintiffs are unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiffs are informed and believe and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiffs will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

### *Brian R. Wolff*

10. Wolff has nearly 40 years experience as a photographer. His work has

appeared in publications such as the *Los Angeles Times, Time Magazine, Smithsonian, Life,* and *Paris Match.* Wolff's clients have included the United States Navy, Lockheed Martin, The Navy League, Raytheon, and DRS Technologies

11. Wolff's photographic subjects are diverse and have included Barbie dolls for the cover of *Smithsonian*, portraits of noted celebrities, prominent scientists and authors, a helicopter landing in an active volcano, and documenting all aspects of the U.S. military as the Photographer in Residence for the U.S. Naval Institute Press. He has developed a market niche as photographer of naval subjects, defense industries and high technology and he licenses his work for a variety of uses including Annual Reports of corporations in the defense industry.

12. Wolff has also published two photographic books on the U.S. Navy. One, titled From the Sea: the U.S. Navy and Marine Corps, into the 21st Century (Osprey Publishing, Ltd., 1997), was co-authored with John Alexander, Commander USN, Ret. The second, Riders of The Storm: A Photographic Tribute to America's Surface Warriors (International Intellectual Property, Inc., 2000), was authored by Wolff with an Introduction by Michael G. Mullen, Admiral, USN, Ret., later 17th Chairman of the Joint Chiefs of Staff.

### *Jeffery R. Werner*

13. Werner has over 35 years experience as a professional photographer. His work has appeared in publications such as *Life, Time, Newsweek, People, Marie Claire, FHM, Smithsonian, Playboy, Maxim, In Touch, Daily Mail, Penthouse,* and many others.

14. Werner is primarily known for his specialty work in capturing video and photographs of dangerous stunts, and is the only photographer inducted into the Stuntworld Hall of Fame. His work has been featured on such television shows as *That's Incredible!, The World's Greatest Stunts, Stuntmasters, Guinness World Record Spectaculars, Ripley's Believe It Or Not,* and *I Dare You.*

15. In addition to his stunt work, Werner is well known for his work with

exotic animals, sideshow eccentricities, and people who have overcome incredible obstacles.

16. Werner is the president of the editorial syndication agency, Incredible Features, Inc., through which Werner distributes and syndicates his and other photographer's works including Wolff's.

17. The uniqueness of Werner's portfolio, and his talent, have resulted insubstantial licensing opportunities throughout the years on which he relies to research and fund future photo shoots and to pay himself and his staff at Incredible Features.

18. Incredible Features employs a staff dedicated to researching new opportunities for photo shoots, as well as managing, monetizing, and policing the intellectual property of it's portfolio.

19. Werner has always maintained the publishing rights to his works. Werner relies on income generated from licensing his photographs and editorial packages to provide the revenue to produce his next story and to pay the staff od Incredible Features.

20. Unfortunately, a multitude of unauthorized copies of works from Incredible Features' portfolio are now on the Internet as a result of theft. Incredible Features has now been forced to add additional staff to discover piracy and to help collect the revenues due from copyright infringements. The policing of its intellectual properties have become a cumbersome and expensive task which adds to the cost of every image produced. As in the past, despite the constant struggle against Internet piracy, Werner still relies on these revenues to produce his next incredible story and to pay his staff and vendors.

***The Photographs Forming The Subject Matter Of This Complaint***

21. Werner is the author and rights holder to a four photographs of 'Robby' a 70-year old retired real estate agent who goes by the alter ego 'Sherry' while wearing a custom rubber bodysuit manufactured by FemSkin a company

specializing in the manufacture of custom rubber body suits (collectively the "FemSkin Images"). FemSkin caters to a unique subculture known as 'maskers', or 'rubber dollers,' predominantly comprising of men who dress up in full body suits to make them look like female dolls.

22. Werner registered the FemSkin Images with the United States Copyright Office, registration number VAu 1-165-412.

23. Werner is the author and rights holder to two photographs of domesticated bison named "Wildthing" and Bullet" and their owner RC Bridges and his wife Sherron ("Buffalo Whisperer Images"), who keeps them as pets and allow them to live in their 2,400 square foot home.

24. Werner registered the Buffalo Whisperer Image with the United States Copyright Office, registration number VA 1-915-275.

25. Werner is the author and rights holder to eight photographs of Jackie Samuel a professional cuddler who operates a business called "The Snuggery" ("Snuggery Images").

26. Werner registered the Snuggery Images with the United States Copyright Office, registration number VAu 1-119-467.

27. Werner is the author and rights holder to six photographs of Erika "Amazon Eve" Ervin, a 6'8 professional model known as the world's tallest model ("Amazon Eve Images").

28. Werner registered the Amazon Eve Images with the United States Copyright Office, registration number VAu 1-045-923.

29. Werner is the author and rights holder to eleven photographs of Olivia Nalos Opre and Mindy Arthurs, former beauty queens turned big game hunters who have hunted over 70 different species ("Huntress Images").

30. Werner registered the Huntress Images with the United States Copyright Office, registration number VA 1-920-155.

31. Werner is the author and rights holder to five photographs and Wolff is

the author and rights holder to one photograph of Sydney Smith, who wears a set of brass rings around her neck in order to deliberately stretch it to look like a giraffe. ("Giraffe Woman Images").

32. Werner registered the Giraffe Woman Images with the United States Copyright Office, registration numbers VAu 1-191-141, VAu 1-253-880, and VAu 1-276-595.

33. Wolff registered his Giraffe Woman Image with the United States Copyright Office, registration number VAu 1-191-142.

34. The preceding subject matter will be collectively referred to as the Images.

35. Attached hereto as Exhibit A are true and correct copies of the Images and their respective registrations.

36. Each of the Images is available for license through Incredible Features.

### *Defendant BackChina*

37. Defendant BackChina, LLC is the owner and operator of the websites www.backchina.com ("Defendant's Website").

38. Defendant's Website is a Chinese language news site primarily targeted towards the Chinese community.

39. On information and belief, Defendant's Website is monetized through paid banner advertisements.

40. Defendant has significant contacts with the Central District and purposefully targets residents of the Central District through Defendant's Website.

41. For example, the home page of Defendant's Website features banner advertisements for a real estate agent and one for a home building business both of which are located in the Central District and target residents of the Central District.

42. Clicking on the real estate banner advertisement takes the user to another page on Defendant's Website featuring a blog post "advertorial" for a Los Angeles based real estate agent extolling the virtues of purchasing real estate in

various cities in the Central District. Attached hereto as Exhibit B is a true and correct screenshot of the banner advertisements on the home page of Defendant's Website with the real estate banner advertisement highlighted, as well as the advertorial on Defendant's Website. For convenience, a screenshot of an English language version of the advertorial on Defendant's Website generated using the Google translate has also been attached.

43. On or about June 2018, Incredible Features discovered a number of unauthorized uses of the Images on Defendant's Website.

44. Specifically, Incredible Features discovered a Chinese language article on Defendant's Website utilizing the FemSkin Images with the roughly translated English language headline "U.S. companies use rubber clothes to turn men into 'women.'"

45. At least one of the FemSkin Images used in this article contained a watermark in the bottom left corner "© Incredible Features/ Barcroft Media" indicating that the Image was protected by copyright and had been originally licensed through Incredible Features and Barcroft Media a European sublicensing agent for Werner and Incredible Features.

46. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit C.

47. Incredible Features also discovered a Chinese language article on Defendant's Website utilizing the Buffalo Whisperer Images with the roughly translated English language headline "U.S. couples keep two bison as pets, confident that there is no danger."

48. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit D.

49. Incredible Features also discovered a Chinese language article on

Defendant's Website utilizing the Snuggery Images with the roughly translated English language headline "In New York: You can go to sleep with this girl"

50. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit E.

51. Incredible Features also discovered a Chinese language article on Defendant's Website utilizing the Snuggery Images with the roughly translated English language headline "American female master's master shop to sleep, not to sell for the person holding the decompression."

52. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit F.

53. Incredible Features also discovered a Chinese language article on Defendant's Website utilizing the Snuggery Images with the roughly translated English language headline "Those happy and interesting careers: Their different life (HD Photos)."

54. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit G.

55. Incredible Features also discovered a Chinese language article on Defendant's Website utilizing the Amazon Eve Images with the roughly translated English language headline "The worlds tallest female model is over two meters tall and sexy (Photos)."

56. The Amazon Eve Images used in this article contained a watermark in the bottom left corner "© Incredible Features/ Barcroft M" indicating that the Image was protected by copyright and had been originally licensed through Incredible Features and Barcroft Media a European sublicensing agent for Incredible Features.

57. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit H.

58. Incredible Features also discovered a Chinese language article on Defendant's Website utilizing the Huntress Images with the roughly translated English language headline "Beauty hunter shoots 70 kinds of rare wild animals called animal protection (Photos)."

59. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit I.

60. Incredible Features also discovered a Chinese language article on Defendant's Website utilizing the Giraffe Woman Images with the roughly translated English language headline "American woman gives up her name for health and removes a long collar with 5 years of wear."

61. True and correct screenshots of both the original Chinese language version and the English translated version of this article are attached hereto as Exhibit J.

62. On information and belief, Defendant has the right and ability to supervise and control the content that appears on Defendant's Website.

63. On information and belief, Defendant receives a financial benefit from Defendant's Website including, *inter alia*, revenue derived from paid advertisements.

64. Neither Werner, Wolff, nor Incredible Features have any record of issuing a license to Defendant or otherwise granting permission for Defendant to use any of the Images on Defendant's Website.

65. Defendant's use of the Images was deliberate and willful. Specifically, Defendant knew of should have known that many of the Images were protected by copyright because they contained a clear watermark indicating copyright protection.

# FIRST CAUSE OF ACTION
# COPYRIGHT INFRINGEMENT
# 17 U.S.C. § 101 *et seq.*

66. Plaintiffs incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

67. Plaintiffs did not consent to, authorize, permit, or allow in any manner the said use of Plaintiffs' unique and original Images.

68. Plaintiffs are informed and believe and thereon alleges that Defendant willfully infringed upon Plaintiffs' copyrighted Images in violation of Title 17 of the U.S. Code, because, *inter alia*, Defendant knew or should have known that it did not have a legitimate license for the Images.

69. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiffs are entitled to actual damages and profits pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000 for each infringement pursuant to 17 U.S.C. § 504(c).

70. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

71. Plaintiffs are also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiffs' copyright interest in the Images by copying and displaying without a license or consent;
- For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiffs' election, an award for statutory damages against Defendant in an amount up to $150,000 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For an order pursuant to 17 U.S.C. § 502(a) enjoining Defendant from any infringing use of any of Plaintiffs' works;
- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: January 29, 2020

Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiffs*

## DEMAND FOR A JURY TRIAL

Plaintiffs Incredible Features Inc., Jeffery R. Werner, and Brian R. Wolff hereby demand a jury trial in the above matter.

Dated: January 29, 2020                    Respectfully submitted,


**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*