| exhibit # | webpage | Post time | Post person | source | takedown time | clicks | involved images | image type | pictures involved | other note |
|---|---|---|---|---|---|---|---|---|---|---|
| | backchina.com/u/348861.html | | | | | N.A | N.A, it is an advertisement on BackChina | | | |
| | backchina.com/news/2014/07/05/306370.html | 2014-7-5 | former employee | people.com.cn | before 2015/01 | 7,985 | FEMSKIN IMAGES | image links | 4 | |
| | backchina.dom/forum/20130222/info-1117415-1-1.html | 2013-2-22 | former employee | unidentified | before2018/01 | 49 | BUFFALO WHISPERER IMAGES | images | 2 | |
| | backchina.dom/forum/20141116/info-1244305-1-1.html | 2014-11-16 | former employee | unidentified | before 2015/02 | 7,074 | 1st SNUGGERY IMAGES | images | 6 overlapped | |
| | backchina.com/news/2015/01/11/340089.html | 2015-1-11 | former employee | sina.com.cn | before 2016/02 | 8,751 | 2nd SNUGGERY IMAGES | image links | 8 overlapped | |
| | backchina.com/news/2014/02/19/284204.html | 2014-2-19 | former employee | news.qq.com | before 2015/01 | 2,975 | 3rd SNUGGERY IMAGES | image links | 12 overlapped | |
| | backchina.com/news/2011/01/02/121295.html | 2011-01-02 | former employee | tech.sina.com.cn | before 2015/01 | N.A | AMAZON EVE IMAGES | image links | 6 | |
| | backchina.com/news/2013/11/28/277746.html | 2013-11-28 | former employee | dailymail.co | before 2015/01 | 3,153 | HUNTRESS IMAGES | image links | 20 | |
| | backchina.com/news/2017/03/19/481812.html | 2017-3-19 | former employee | huanqiu.com | before2018/01 | 4,442 | GIRAFFE WOMAN IMAGES. | image links | 6 | |

**EXHIBIT A**
**-1-**

**EXHIBIT A**
**-1-**