1  Mathew K. Higbee, Esq., SBN 241380
   Ryan E. Carreon, Esq., SBN 311668
2  HIGBEE & ASSOCIATES
   1504 Brookhollow Dr., Suite 112
3  Santa Ana, CA 92705
   (714) 617-8336
4  (714) 597-6559 facsimile
   mhigbee@higbeeassociates.com
5  rcarreon@higbeeassociates.com

6  Attorneys for Plaintiffs
   INCREDIBLE FEATURES, INC.,
7  JEFFERY R. WERNER and BRIAN R. WOLFF

8  Susan S.Q. Kalra, CA SBN 167940
   MAHAMEDI IP LAW LLP
9  1055 West 7th Street, Suite 3300
   Los Angeles, CA 90017
10 Telephone: (213) 433-5960
   Fax: (408) 236-6641
11 Email: susan@m-iplaw.com

12 William P. Ramey, III (*pro hac vice pending*)
   RAMEY & SCHWALLER LLP
13 5020 Montrose Blvd., Suite 800
   Houston, Texas 77006
14 Telephone: (713) 426-3923
   Fax: (832) 689-9175
15 Email: wramey@rameyfirm.com

16 Attorneys for Defendant
   BACKCHINA, LLC
17

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE FEATURES, INC.; JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>Plaintiffs,<br><br>v.<br><br>BACKCHINA, LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-cv-00943-DMG-RAO<br><br>*Hon. Dolly M. Gee*<br><br>**AGREED STIPULATION TO EXTEND SCHEDULING ORDER**<br><br>**Complaint Filed: Jan. 29, 2020** |

1

**AGREED STIPULATION TO EXTEND SCHEDULING ORDER**

Plaintiffs sent deposition notices on September 16, 2021, and on September 21 Defendant became aware of a scheduling conflict that would not allow the depositions to go forward prior to the discovery cut-off date. Accordingly, Defendant and Plaintiffs hereby agree and stipulate to the following extensions:

| MATTER | COURT ORDERED DATE | NEW PROPOSED DATE |
|---|---|---|
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | October 5, 2021 | October 19, 2021 |
| Motion Cut-Off (filing deadline) | October 15, 2021 | October 29, 2021 |

DATED: September 27, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　/s/ Ryan E. Carreon
　　　　　　　　　　　　　　　　　　Ryan E. Carreon, Esq.
　　　　　　　　　　　　　　　　　　Cal. Bar No. 311668
　　　　　　　　　　　　　　　　　　**HIGBEE & ASSOCIATES**
　　　　　　　　　　　　　　　　　　1504 Brookhollow Dr., Ste 112
　　　　　　　　　　　　　　　　　　Santa Ana, CA 92705-5418
　　　　　　　　　　　　　　　　　　(714) 617-8336
　　　　　　　　　　　　　　　　　　(714) 597-6559 facsimile

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　INCREDIBLE FEATURES, INC.,
　　　　　　　　　　　　　　　　　　JEFFERY R. WERNER and
　　　　　　　　　　　　　　　　　　BRIAN R. WOLFF

　　　　　　　　　　　　　　　　By:　/s/ Susan Kalra
　　　　　　　　　　　　　　　　　　*Susan S.Q. Kalra, CA SBN 167940*
　　　　　　　　　　　　　　　　　　MAHAMEDI IP LAW LLP
　　　　　　　　　　　　　　　　　　1055 West 7th Street, Suite 3300
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　Telephone: (213) 433-5960
　　　　　　　　　　　　　　　　　　Fax: (408) 236-6641

/s/ William P. Ramey, III
*William P. Ramey, III (pro hac vice pending)*
RAMEY & SCHWALLER LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

Counsel for Defendant
BACKCHINA, LLC

## ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Susan Kalra
Susan Kalra

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served today, September 27, 2021, with a copy of the foregoing via the Court's CM/ECF system.

/s/ Susan Kalra
Susan Kalra