Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorneys for Plaintiffs
INCREDIBLE FEATURES, INC.,
JEFFERY R. WERNER and BRIAN R. WOLFF

Susan S.Q. Kalra, CA SBN 167940
MAHAMEDI IP LAW LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641
Email: susan@m-iplaw.com

William P. Ramey, III (*pro hac vice pending*)
RAMEY & SCHWALLER LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

Attorneys for Defendant
BACKCHINA, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INCREDIBLE FEATURES, INC.; JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BACKCHINA, LLC; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00943-DMG-RAO<br><br>*Hon. Dolly M. Gee*<br><br>**(PROPOSED) ORDER AGREED STIPULATION TO EXTEND SCHEDULING ORDER** |

The Court having consider the Agreed Stipulation to Amend Scheduling Order hereby Grants the extension as such:

| MATTER | COURT ORDERED DATE | NEW PROPOSED DATE |
|---|---|---|
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | October 5, 2021 | October 19, 2021 |
| Motion Cut-Off (filing deadline) | October 15, 2021 | October 29, 2021 |

Signed at _____, California on this _____ day of _____2020.

_____
UNITED STATES DISTRICT COURT JUDGE