- 9-

# MOTION IN LIMINE 1
# EXHIBIT A

Exhibit A
- 9-

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Year** | **Court** | **Case Number** | **Case Title** | **Date Filed** | **Date Terminated** |
| 2 | 2017 | txsdc | 4:2017cv01562 | Sadowski v. BackChina, LLC. | 5/22/17 | 10/4/18 |
| 3 | 2018 | cacdc | 5:2018cv01915 | George Gutenberg v. Backchina LLC et al | 9/10/18 | 12/13/18 |
| 4 | 2018 | txsdc | 4:2018cv03717 | Anderson v. BackChina, LLC | 10/9/18 | 7/17/19 |
| 5 | 2021 | txsdc | 4:2021cv01874 | Stelzer v. Backchina, LLC | 6/9/21 | 8/4/21 |
| 6 | 2019 | txsdc | 4:2019cv02567 | Mordant v. Backchina, LLC | 7/16/19 | 2/12/20 |
| 7 | 2019 | txsdc | 4:2019cv03548 | Gottfried v. BackChina, LLC et al | 9/19/19 | 10/26/20 |
| 8 | 2019 | txsdc | 4:2019cv03545 | Maxim v. BackChina, LLC et al | 9/19/19 | 10/26/20 |
| 9 | 2019 | txsdc | 4:2019cv03546 | Farrington v. BackChina, LLC et al | 9/19/19 | 7/14/21 |
| 10 | 2019 | txsdc | 4:2019cv03550 | Sadowski v. BackChina, LLC et al | 9/19/19 | 10/26/20 |
| 11 | 2019 | txsdc | 4:2019cv03549 | Noriega v. BackChina, LLC et al | 9/19/19 | 10/26/20 |
| 12 | 2019 | txsdc | 4:2019cv03545 | Maxim v. BackChina, LLC et al | 9/19/19 | 10/26/20 |
| 13 | 2019 | txsdc | 4:2019cv03544 | Bowers v. BackChina, LLC et al | 9/19/19 | 10/27/20 |
| 14 | 2020 | cacdc | 2:2020cv00943 | Incredible Features, Inc. et al v. BackChina, LLC et al | 1/29/20 |  |
| 15 | 2020 | txsdc | 4:2020cv03898 | Mantel v. Backchina, LLC | 11/16/20 | 1/4/21 |
| 16 | 2021 | txsdc | 4:2021cv00098 | Seidman v. Backchina, LLC | 1/12/21 | 4/14/21 |

KEVIN HE  10/14/2021

**EXHIBIT**

**15**

Audra Cramer

Exhibit A