# MOTION IN LIMINE 1
# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3

 4   INCREDIBLE FEATURES, INC.;            )
     JEFFREY R. WERNER; AND                )
 5   BRIAN R. WOLFF,                       )
                                           )
 6                        PLAINTIFFS,      ) CASE NO.
                                           ) 2:20-cv-00943-DMG-RAO
 7              v.                         )
                                           )
 8   BACKCHINA, LLC.; AND DOES 1           )
     THROUGH 10 INCLUSIVE,                 )
 9                                         )
                             DEFENDANTS.   )
10   _____)

11

12

13

14       DEPOSITION OF KEVIN HE, TAKEN REMOTELY VIA ZOOM ON

15   BEHALF OF PLAINTIFFS, AT 8:10 A.M. CDT, THURSDAY,

16   OCTOBER 14, 2021, BEFORE AUDRA E. CRAMER, CSR NO. 9901,

17   PURSUANT TO NOTICE.

18

19

20

21

22

23

24

25
```

```
 1   that Backchina has ever grossed over $1 million
 2   ever?
 3           MR. MAHONEY:  Objection.  Form and no
 4   foundation.
 5           THE WITNESS:  I do not quite know if we
 6   have exceeded $1 million US before, but at least
 7   recently we have not crossed that mark.
 8   BY MR. CARREON:
 9       Q.   And do you happen to know what the
10   lowest amount of revenue Backchina has ever made
11   in a year?
12       A.   I believe it was in the year of 2007.
13       Q.   And what's your best estimate as to how
14   much revenue Backchina had in 2007?
15           MR. MAHONEY:  Object to form.
16           THE WITNESS:  I don't remember
17   specifically, but it was definitely very less.
18   BY MR. CARREON:
19       Q.   And 2007 was one of the first years
20   that Backchina existed; is that correct?
21       A.   Yes.
22           MR. CARREON:  All right.  Let's look at
23   one more exhibit.  This is going to be
24   Exhibit 15.
25
```

```
 1                  (Whereupon, Exhibit 15 was
 2              marked for identification.)
 3          MR. CARREON:  And I'm sure your
 4   attorney is going to object to it, but let me
 5   explain what it is, and then we'll let him state
 6   his objection.
 7      A.   Okay.
 8      Q.   This is a spreadsheet of every single
 9   case that Backchina has been involved in where
10   there was a claim of copyright infringement.
11          MR. MAHONEY:  Mr. He, there is no
12   question, so there is nothing to answer right
13   now.
14          Backchina objects to this exhibit as a
15   non-produced document.  It's hearsay.
16   Irrelevant.  No foundation has been laid.  With
17   this particular witness, I'm almost certain to
18   instruct him not to answer any questions on the
19   basis of privilege, but we'll see what you ask.
20          But, Mr. He, I want you to really wait
21   to let me make any objections to any questions
22   that Counsel may ask about this.
23          Okay.  Go.
24          THE WITNESS:  Okay.
25
```

| KEVIN HE | 30(b)(6) | JOB NO. 190038 |
|---|---|---|
| OCTOBER 14, 2021 | | |

```
 1   BY MR. CARREON:
 2       Q.   Mr. He, when was first time that anyone
 3   sent a notification to Backchina claiming
 4   copyright infringement of a photograph?
 5            MR. MAHONEY:  Objection form.  And,
 6   Mr. He, that is a question that is not tethered
 7   to that document.  In other words, that's just a
 8   question in general.  It has nothing to do with
 9   the document that he just introduced.  Okay?
10            With that, go on and answer Counsel's
11   question.
12            THE WITNESS:  Are you asking the
13   question whether we have received notice of
14   lawsuit or email notification informing us that
15   certain photograph has infringed certain
16   copyright?
17   BY MR. CARREON:
18       Q.   I'm just asking when the first time
19   ever, whether it was from email or a lawsuit,
20   that Backchina received some type of assertion
21   that there was copyright infringement of a
22   photograph?
23            MR. MAHONEY:  Is this a topic?
24            MR. CARREON:  No, I don't believe so.
25            MR. MAHONEY:  Okay.  So then just to be
```

| | | |
|---|---|---|
| KEVIN HE<br>OCTOBER 14, 2021 | 30(b)(6) | JOB NO. 190038 |

```
 1   clear, this is outside the scope of the
 2   30(b)(6).
 3              Go on.
 4              THE WITNESS:  I don't quite remember.
 5   BY MR. CARREON:
 6       Q.   What's your best estimate?
 7              MR. MAHONEY:  Object to form.
 8              THE WITNESS:  My best estimate is the
 9   date that is shown on this document.
10              MR. MAHONEY:  Now, Mr. He, don't refer
11   to that document at all.
12   BY MR. CARREON:
13       Q.   So, Mr. He --
14              MR. MAHONEY:  Hold on.  Hold on.  This
15   is important.
16              Mr. He, if you remember -- if you
17   remember the answer to Counsel's question, you
18   should answer it, but I don't want you using
19   this document to try to help you out.  Because
20   there's no foundation for it, and we're just
21   completely objecting to it, and there's no way
22   it's going to be used at trial, so ignore that
23   document.
24              But if you know the answer to his
25   question, then answer it.
```

| KEVIN HE | 30(b)(6) | JOB NO. 190038 |
|---|---|---|
| OCTOBER 14, 2021 | | |

```
 1                THE WITNESS:  I cannot estimate.
 2    BY MR. CARREON:
 3        Q.   Okay.  So let's look at this document
 4    in Exhibit 15, Mr. He. The first entry says
 5    "2017," and it looks like Christopher Sadowski
 6    filed a lawsuit against Backchina.
 7             Do you see that entry on the
 8    spreadsheet?
 9        A.   Yes.
10        Q.   And prior to receiving this claim from
11    Mr. Sadowski, do you recall ever having dealt
12    with a copyright issue on the Backchina website?
13             MR. MAHONEY:  Objection.  Form and
14    foundation.
15             THE WITNESS:  This is a little
16    confusing, but my memory says that it is
17    probably none.
18    BY MR. CARREON:
19        Q.   And since Backchina has been sued a
20    number of times for copyright infringements of
21    photographs, has it made any procedural or
22    policy changes with respect to its use of
23    photographs on the website?
24             MR. MAHONEY:  Objection form.
25    Foundation.
```

1          THE WITNESS:  We register the
2   official -- we register at the official website
3   of DMCA, so everything that is potential or
4   possible infringement will be resolved through
5   the website.
6   BY MR. CARREON:
7      Q.   And other than registering a DMCA
8   agent, has Backchina made any additional
9   procedural or policy changes with respect to its
10  use of photographs on the website?
11          MR. MAHONEY:  Object to form.
12          THE WITNESS:  We hoped that our editors
13  will -- we requested the editors to be very
14  careful with the photos they use in their
15  editing process so that we do not use any
16  photograph that have copyright issues.
17          MR. MAHONEY:  Guys, I'm going to need
18  to take a quick break.  Could I get 10 minutes?
19          MR. CARREON:  I was actually -- I don't
20  think I have any more questions.
21          MR. MAHONEY:  Wait a minute.  Is that
22  what you're going to say now?
23          MR. CARREON:  Yeah.  So I'll conclude
24  and do you want to take 10, and then if you want
25  to come back on and -- do you have anything?

```
 1   STATE OF CALIFORNIA        )
 2   COUNTY OF LOS ANGELES      )  SS.
 3
 4        I, AUDRA E. CRAMER, C.S.R. No. 9901, in and for
 5   the State of California, do hereby certify:
 6        That, prior to being examined, the witness named
 7   in the foregoing deposition was by me duly sworn to
 8   testify the truth, the whole truth and nothing but the
 9   truth;
10        That said deposition was taken down by me in
11   shorthand at the time and place therein named, and
12   thereafter reduced to typewriting under my direction,
13   and the same is a true, correct and complete transcript
14   of said proceedings;
15        I further certify that I am not interested in the
16   event of the action.
17        Witness my hand this _14TH_ day of October,
18   2021.
19
20
21
22                              _____
23                              Certified Shorthand
24                              Reporter for the
25                              State of California
```