# MOTION IN LIMINE 1
# EXHIBIT C

Exhibit C
- 20 -

```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


INCREDIBLE FEATURES, INC,;              )
JEFFREY R. WERNER; AND BRIAN R.         )
WOLFF,                                  )
                                        )
                    PLAINTIFFS,         )
                                        )
       VS.                              )CASE NO. 2:20-CV-00943-
                                        )         DMG-RAO
                                        )
BACKCHINA, LLC; AND DOES 1 THROUGH      )
10, INCLUSIVE,                          )
                    DEFENDANTS.         )
_____)




            VIDEOCONFERENCE DEPOSITION OF LILY JIN

                           TAKEN ON

                  WEDNESDAY, OCTOBER 13, 2021








Sandra Mitchell
C.S.R. 12553
Job No. 190037
```

STENO.COM
(310) 573-8380

Exhibit C
- 21 -

LILY JIN  JOB NO. 190037
OCTOBER 13, 2021

```
 1      A    I think so.
 2      Q    Okay.  And what do you understand these
 3  sentences to mean?
 4           MR. MAHONEY:  Objection.  Form.
 5  BY MR. CARREON:
 6      Q    You can answer.
 7      A    Okay.  So we have the right to monitor the
 8  website page, but it's not necessary for us to monitor
 9  the content.
10      Q    Okay.  So BackChina could monitor the content
11  if they wanted to but you're saying that's not necessary
12  that they do so?
13      A    Not say like that.  I mean if the content is
14  involved with a racism, like this, that's our
15  responsibility to remove those.  But if it's general
16  acceptable content, we don't have the obligation to
17  moderate or change it.  But this is a technical
18  question.  I don't think I can answer correctly or
19  precisely.
20      Q    Okay.  Thank you.
21           MR. CARREON:  Okay I'm going to send one more
22  exhibit.  This is going to be Exhibit 16.
23               (Exhibit 16 was marked for
24               identification and is attached
25               hereto.)
```

LILY JIN							JOB NO. 190037
OCTOBER 13, 2021

```
 1   BY MR. CARREON:
 2       Q    Let me know when you have that.
 3       A    I have opened the file.
 4       Q    Okay.  This is a spreadsheet that I compiled
 5   from a legal database called PACER, P-A-C-E-R.  And this
 6   is a list of all the lawsuits that BackChina has been
 7   involved with that involved copyright infringement.
 8            MR. MAHONEY:  Hold on.  Counsel, you're saying
 9   you prepared this document which has not been produced
10   in the litigation so far?
11            MR. CARREON:  Correct.
12            MR. MAHONEY:  Okay.
13            MR. CARREON:  I prepared this.  This is just a
14   read out from PACER of all the litigation cases that
15   BackChina has been involved in copyright infringements.
16            MR. MAHONEY:  I understand your position
17   BackChina to the use of this non-produced document.
18            Go ahead and ask your question.
19   BY MR. CARREON:
20       Q    Ms. Jin, are you aware of all these cases that
21   BackChina has been involved in in copyright
22   infringement?
23            MR. MAHONEY:  Objection.  Form.  Foundation.
24   BY MR. CARREON:
25       Q    You can answer.
```

LILY JIN  JOB NO. 190037
OCTOBER 13, 2021

```
 1      A    We did not receive any notice before, we --
 2   before we get notice from our lawyer that we had been
 3   sued for these cases.
 4      Q    So in -- go ahead.  I'm sorry.
 5      A    No.  If we receive this through e-mail or
 6   through mail, we should have been aware this quite well,
 7   but nobody contact us directly to the court.  That's why
 8   so many cases are shown here.
 9      Q    Okay.  So in all of those cases you're saying
10   nobody contacted BackChina until they filed a lawsuit?
11           MR. MAHONEY:  Objection.  Form.  Foundation.
12   BY MR. CARREON:
13      Q    You can answer.
14      A    I'm not very clear about this.  I should check
15   record, but most of them nobody contact us.
16      Q    And do all of those cases involve the use of
17   photographs?
18           MR. MAHONEY:  Objection.  Form.
19           THE WITNESS:  I'm not sure.
20           MR. MAHONEY:  Hold on, Ms. Jin.
21           Objection.  Form and foundation.
22   BY MR. CARREON:
23      Q    Okay.  You can answer.
24      A    I don't quite remember this.  I should go back
25   and check what are they because this is not what I
```

LILY JIN                                                                                                       JOB NO. 190037
OCTOBER 13, 2021

```
 1   prepared before.
 2        Q    Sure.  And what is your involvement in the
 3   litigation cases?
 4             MR. MAHONEY:  Objection.  Form.
 5             Ms. Jin, be careful not to disclose any
 6   communications you had with your attorneys.  Subject to
 7   that, if you can answer that without disclosing anything
 8   that you talked to with your attorneys about, you can
 9   answer generally.
10             THE WITNESS:  My work is just basically writing
11   e-mails, prepare documents required for the court.
12             THE INTERPRETER:  Prepare documents for the
13   court.
14             THE WITNESS:  Not for the court.  For if there
15   is an interrogatory.
16   BY MR. CARREON:
17        Q    An interrogatory?
18        A    Yeah.  If you ask for some information that I
19   prepare them.
20        Q    And do you know if BackChina has ever paid to
21   license a photo from anyone?
22        A    I don't have a clear idea of that.
23        Q    And who would know the answer to that question?
24   Would that be your husband Kevin?
25        A    I think so.
```

LILY JIN  JOB NO. 190037
OCTOBER 13, 2021

```
 1      Q    But is it your understanding that the majority
 2   of photographs that appear on the BackChina website are
 3   obtained from different news sources on the Internet?
 4            MR. MAHONEY:  Objection.  Form.
 5   BY MR. CARREON:
 6      Q    You can answer.
 7      A    It's not, or it's our editors republish article
 8   from other sources so what show up in other sources, it
 9   would actually show up on our website.  So we never try
10   to get pictures from Incredible Features or other
11   photographer.
12      Q    Okay.
13            MR. CARREON:  I don't have any more questions.
14            MR. MAHONEY:  Can we go off the record for just
15   five minutes?
16            MR. CARREON:  Yeah.
17            MR. MAHONEY:  Five-minute break.
18            MR. CARREON:  We'll be back at 30.
19            THE INTERPRETER:  Yes, I do.
20            MR. CARREON:  Back on the record.
21            MR. MAHONEY:  Ms. Jin, are you on the video?
22            THE WITNESS:  Yes.  Can you see me?  Can you
23   hear me?
24            MR. MAHONEY:  Yep, okay.  Back on the record.
25   Okay.  For BackChina we're going to reserve all
```

| LILY JIN | JOB NO. 190037 |
|---|---|
| OCTOBER 13, 2021 | |

```
 1   STATE    OF   CALIFORNIA    )
                                 ) ss.
 2   COUNTY   OF   LOS ANGELES   )

 3

 4            I, Sandra Mitchell, Certified Shorthand Reporter,

 5   License No. 12553, for the State of California, do hereby

 6   certify:

 7            That, prior to being examined, the witness

 8   named in the foregoing deposition, to wit, LILY JIN, was by

 9   me duly sworn to testify the truth, the whole truth and

10   nothing but the truth;

11            That said deposition was taken down by me

12   in shorthand at the time and place therein named and

13   thereafter reduced to computer-aided transcription

14   under my direction.

15            That the foregoing transcript, as typed, is a

16   true record of the said proceedings.

17            I further certify that I am not interested

18   in the event of the action.

19

20

21            Witness my hand this 15th day of  October, 2021.

22              [signature]

23   _____

              SANDRA MITCHELL, C.S.R. No. 12553
24

25
```