Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641

William P. Ramey, III (*pro hac vice*)
Email: wramey@rameyfirm.com
Donald H. Mahoney, III, TX Bar No. 24046336
  (admitted *pro hac vice*)
Email: tmahoney@rameyfirm.com
RAMEY & SCHWALLER LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Defendant*
*BACKCHINA, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INCREDIBLE FEATURES, INC.; JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>    Plaintiffs,<br><br>v.<br><br>BACKCHINA, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00943-DMG-RAO<br><br>*Hon. Dolly M. Gee*<br><br>**BACKCHINA'S NOTICE OF AND MOTION *IN LIMINE* NO. 2 TO EXCLUDE ANY EVIDENCE OR ARGUMENTS REGARDING CHINESE CULTURAL OR BUSINESS PRACTICES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Hearing Date: January 18, 2022<br>Time:  4:00 p.m.<br>Judge:  Hon. Dolly M. Gee<br>Courtroom:  8C |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 18, 2022 at 4:00 p.m. or as soon thereafter as the matter may be heard at the United States Courthouse, 350 West First St., Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Defendant BackChina, LLC ("BackChina") will and hereby does move this Court for an order *in limine* excluding any and all evidence or argument offered by Plaintiffs at trial regarding other claims or litigation involving BackChina, as such evidence is irrelevant, risks unfair prejudice, imposes substantial delay by way of "mini-trials" and constitutes improper character evidence.

This motion is based upon this Notice and Motion, the attached Memorandum of Points and Authorities, all the pleadings and papers filed herein, any argument or evidence that be presented to or considered by the Court prior to its ruling, and all else the Court deems fit.

Counsel for all parties met and conferred on this motion during the Rule 16-2 pre-trial conference, held on January 5, 2022.

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant BackChina's principals Lily Jin and Kevin He are of Chinese descent and operate a business designed for Chinese and Chinese-Americans. BackChina seeks to ensure that no evidence or argument is introduced about the tendency, cultural, business-wise, or otherwise, of such persons or businesses to infringe copyrights or other intellectual property. This Court has granted such a motion in limine.[1] Plaintiffs do not oppose this Motion.

Accordingly, the Court should grant BackChina's Motion in Limine No. 2.

Dated: January 6, 2022

Respectfully submitted,

MAHAMEDI IP LAW LLP

/s/ Susan S.Q. Kalra
Susan S.Q. Kalra, CA SBN 167940
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Email: susan@m-iplaw.com

RAMEY & SCHWALLER LLP

/s/ Donald H. Mahoney, III
William P. Ramey, III (*pending pro hac vice*)
Donald H. Mahoney, III (admitted *pro hac vice*)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

***Attorneys for Defendant***
***BACKCHINA, LLC***

---

[1] *Fabric Selection, Inc. v. NMW Import, Inc.*, No. 2:16-cv-08558-CAS(MRWx), 2018 U.S. Dist. LEXIS 62334 at *22-24 (C.D. Cal. Apr. 11, 2018).

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of January 6, 2022, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III