Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641

William P. Ramey, III (pro hac vice)
Email: wramey@rameyfirm.com
Donald H. Mahoney, III, TX Bar No. 24046336
  (admitted pro hac vice)
Email: tmahoney@rameyfirm.com
RAMEY & SCHWALLER LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Defendant*
*BACKCHINA, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE FEATURES, INC. JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>    Plaintiff,<br><br>    v.<br><br>BACKCHINA, LLC; AND DOES 1 through 10 inclusive,<br><br>    Defendant. | Case No.: 2:20-cv-00943-DMG-RAO<br><br>**PROPOSED ORDER ON BACKCHINA'S MOTION IN LIMINE NO. 2 TO EXCLUDE ANY EVIDENCE OR ARGUMENTS REGARDING CHINESE CULTURAL OR BUSINESS PRACTICES** |

Upon consideration of BackChina's Motion in Limine No. 2 to Exclude Any

Evidence or Arguments Regarding Chinese Cultural or Business Practices, this Court finds that the Motion shall be GRANTED and ORDERS that Plaintiffs shall not attempt to introduce such evidence at trial.

Signed at _____, California on this _____ day of _____ 2022.

_____