Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641

William P. Ramey, III (*pro hac vice*)
Email: wramey@rameyfirm.com
Donald H. Mahoney, III, TX Bar No. 24046336
  (admitted *pro hac vice*)
Email: tmahoney@rameyfirm.com
RAMEY & SCHWALLER LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

***Attorneys for Defendant***
***BACKCHINA, LLC***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INCREDIBLE FEATURES, INC. JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>             Plaintiff,<br>v.<br><br>BACKCHINA, LLC; AND DOES 1 through 10 inclusive,<br><br>             Defendant. | Case No.: 2:20-cv-00943-DMG-RAO<br><br>**PROPOSED ORDER ON BACKCHINA'S MOTION IN LIMINE NO. 3 TO EXCLUDE ANY EVIDENCE OR ARGUMENTS REGARDING PRIOR *EVOLVE* AND *PRICEONOMICS* LITIGATION** |

Upon consideration of BackChina's Motion in Limine No. 3 to Exclude Any Evidence or Arguments Regarding Prior *Evolve* And *Priceonomics* Litigation, this Court finds that the Motion shall be GRANTED and ORDERS that Plaintiffs shall

1  not attempt to introduce such evidence at trial.

2  Signed at _____, California on this _____ day of _____ 2022.

3

4                                                                  _____