# MOTION IN LIMINE 4
# EXHIBIT B

Susan S.Q. Kalra, CA SBN 167940
MAHAMEDI IP LAW LLP
910 Campisi Way, Suite 1E
Campbell, CA  95008
Telephone: (408) 236-6636
Fax: (408) 236-6641
Email: susan@m-iplaw.com

William P. Ramey, III (*pro hac vice pending*)
RAMEY & SCHWALLER LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE FEATURES, INC. JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>Plaintiff,<br><br>v.<br><br>BACKCHINA, LLC; AND DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.:<br>2:20-cv-00943-DMG-RAO<br><br>**DECLARATION OF LILY JIN** |

Exhibit B
- 36 -
-1-

Pursuant to 28 U.S.C. § 1746, I, Nili Jin, declare as follows:

1. My name is Lily Jin. I am over the age of 21. I have personal knowledge of the facts contained herein, which are true and correct. I am fully competent to make this Declaration. If called as a witness, I could competently testify to these statements.
2. I am the General Manager at BackChina.
3. BackChina is a Texas corporation with a primary place of business at 11200 Broadway Ste. 2743, Pearland, TX 77584.
4. BackChina operates the website www.backchina.com, a "comprehensive information and community portal targeting overseas Chinese and has established itself as the premiere online resources for latest news, literatures, entertainment videos, personal blogs and other information relevant to the overseas Chinese community.
5. I have reviewed the "Expert Report" by Gary Elsner, dated Nov. 21, 2021.
6. At pages 9-10 of the Report, it mentions "Plaintiff IF's policy regarding resolving copyright infringement claims."
7. Plaintiffs did not follow this "policy" in this case. Instead, Plaintiffs simply sued BackChina for copyright infringement without warning on Jan. 29, 2020.

Executed: Jan. 6, 2022

Signed:

Lily Jin