Susan S.Q. Kalra, CA SBN 167940
Email: susan@m-iplaw.com
MAHAMEDI IP LAW LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 433-5960
Fax: (408) 236-6641

William P. Ramey, III (*pro hac vice*)
Email: wramey@rameyfirm.com
Donald H. Mahoney, III, TX Bar No. 24046336
 (admitted *pro hac vice*)
Email: tmahoney@rameyfirm.com
RAMEY & SCHWALLER LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Defendant*
*BACKCHINA, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREDIBLE FEATURES, INC. JEFFERY R. WERNER; and BRIAN R. WOLFF,<br><br>Plaintiff,<br>v.<br><br>BACKCHINA, LLC; AND DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: 2:20-cv-00943-DMG-RAO<br><br>**PROPOSED ORDER ON BACKCHINA'S OMNIBUS MOTION IN LIMINE NOS. 4-6 UNDER FRE 702 AND *DAUBERT*** |

Upon consideration of BackChina's Omnibus Motion in Limine Nos. 4-6 Under FRE 402 and *Daubert*, this Court finds that:

Motion in Limine No. 4: Incredible Features' Website shall be GRANTED and ORDERS that Plaintiffs shall not attempt to introduce such evidence at trial.

Motion in Limine No. 5: Incredible Features' Policy Regarding Resolving Copyright Infringement Claims shall be GRANTED and ORDERS that Plaintiffs shall not attempt to introduce such evidence at trial.

Motion in Limine No. 6: Opinions Not Disclosed in Mr. Elsner's Report shall be GRANTED and ORDERS that Plaintiffs shall not attempt to introduce such evidence at trial.

Signed at _____, California on this _____ day of _____ 2022.

_____